UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LEE COBB,<br><br>                Plaintiff,<br><br>    v.<br><br>KORY SHAFFER, et al.,<br><br>                Defendant. | CASE NO. 3:18-cv-05336-BHS-JRC<br><br>ORDER REREFERRING CASE TO DISTRICT COURT |

      Plaintiff Christopher Lee Cobb, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. Pursuant to this Court's order, plaintiff has filed an amended complaint. Dkt. 6. However, plaintiff's amended complaint now contains only allegations of events that occurred before his arrest. It no longer contains any allegations pertaining to his conditions of confinement orotherwise seeking post-conviction relief.

      A United States Magistrate Judge has the authority to conduct hearings and submit to the District Court reports and recommendations on "applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of

confinement." 28 U.S.C. § 636 (b)(1)(B). Despite the fact that plaintiff is a Washington state prisoner, because plaintiff's amended complaint falls in neither statutory category, the undersigned magistrate judge may no longer examine and make a recommendation on plaintiff's case.

Therefore, is it ORDERED:

The Clerk is directed to re-refer this matter to the Honorable Benjamin H. Settle for further proceedings.

Dated this 13th day of June, 2018.

J. Richard Creatura
United States Magistrate Judge